IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:01-cr-00027-MP-3

DOLORES FREIXAS,

    Defendant.

_____/

## O R D E R

This matter is before the Court on a report submitted by the probation office in the Southern District of Florida, which stated that Defendant Freixas's term of supervised release is scheduled to terminate on March 25, 2007. Defendant completed her term of imprisonment at the Bureau of Prisons on February 26, 2004, and was then released to state authorities for outstanding violations of state probation. On October 21, 2004, Defendant's state probation was revoked, and she was sentenced to 364 days incarceration. Although Defendant's supervised release was scheduled to terminate on February 25, 2007, because she was incarcerated in connection with a state conviction during her supervised release, this time period must be tolled. "A term of supervised release does not run during any period in which the person is imprisoned in connection with a conviction for a Federal, State, or local crime unless the imprisonment is for a period of less than 30 consecutive days." 18 U.S.C. § 3624(e). Therefore, Defendant Freixas's term of supervised release is hereby tolled to account for the time she spent imprisoned in connection with her conviction for a state crime during her supervised release.

    **DONE AND ORDERED** this   *21st* day of February, 2007

                                      *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge